## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## HONORABLE MARCIA S. KRIEGER

| | | |
|---|---|---|
| Courtroom Deputy: | Patricia Gloever | Date: December 19, 2011 |
| Court Reporter: | Paul Zuckerman | |
| Probation Officer: | Jeanette Woll | |

Criminal Action No. 09-cr-00526-MSK

*Parties*:                                              *Counsel*:

UNITED STATES OF AMERICA,                Suneeta Hazra

       Plaintiff,

v.

PATRICK EGAN,                                         Marci Gilligan
                                                                    Frederic Winocour

       Defendant.

---

## SENTENCING MINUTES
---

**1:34 p.m.**     **Court in session**.

Defendant present on bond.

**Change of Plea Hearing on March 8, 2011.  Defendant pled guilty to Count 5 of the Indictment.**

**ORDER:**     Documents **160 and 166** will be **UNSEALED**.

Parties received and reviewed the presentence report and all addenda.

The parties **do not** dispute the facts contained in the presentence report.

The parties **do not** dispute the calculation of the sentence under the Federal Sentencing Guidelines as set forth in the original presentence report.

The Government **does** request departure **(Doc. #212)**.  Defendant requests further departure.

The defendant **does** contend that the sentence should be different from that calculated under the Sentencing Guidelines in light of the sentencing objectives set forth in 18 U.S.C. Section 3553(a). Argument.

Allocution. - Statements made by:  The defendant.

Judge Marcia S. Krieger
Page 2

After consideration of the provisions of 18 U.S.C. 3553 (a), the Court announces the sentence it intends to impose as reflected in the record. Counsel are offered the opportunity for further argument. No further argument.

**ORDER:** The Government's Motion for Departure **(Doc. #212)** is **GRANTED.**

**ORDER:** **THE DEFENDANT IS SENTENCED AS REFLECTED IN THE RECORD.**

The defendant is advised of his right to appeal.

**ORDER:** Defendant shall self-surrender to the facility designated by the United States Bureau of Prisons within 15 days of the designation before noon as notified by the Court and the probation office.

**ORDER:** Bond will be discharged at the time defendant self reports to the facility designated by the Bureau of Prisons.

**2:17 p.m.** **Court in recess.**

Total Time: 43 minutes.
Hearing concluded.